UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/14

DENA LENARD,

          Plaintiff,

v.

DESIGN STUDIO and ROSE C. CHRISTO a/k/a ROSEDA DESBORDES,

          Defendants.

Case No. 08-cv-10560-LGS

ECF Case

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Debra Freeman, recommending that Plaintiff Lenard be awarded damages in the amount of $2,024.10 on her conversion claim.

Plaintiff instituted this action in December 2008, whereupon a default judgment was entered against the Defendants. The case was sent to Judge Freeman for an inquest on damages. The Court adopted Judge Freeman's initial Report, vacating default judgment as to all claims other than Plaintiff's breach of contract claim, and awarding no damages. Plaintiff's claims were dismissed, but Plaintiff was given leave to replead her claim for conversion of property. Plaintiff has since done so, and this Court has entered default on this conversion claim against Defendants. The matter was referred to Judge Freeman for an inquest on damages, and Judge Freeman issued the accompanying Report.

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The district court "may adopt those portions of the report to

which no 'specific, written objection' is made, as long as the factual and legal bases supporting the findings and conclusions set forth in those sections are not clearly erroneous or contrary to law." *Adams v. N.Y. State Dep't of Educ.*, 855 F. Supp. 2d 205, 206 (S.D.N.Y. 2012) (citing Fed. R. Civ. P. 72(b) *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the Report, to which no objection has been made, the Court finds no clear error on the face of the record. Accordingly, the Court ADOPTS the Report in its entirety as the decision of the Court. It is thereby

**ORDERED** that the Clerk shall enter final judgment by default in favor of Dena Lenard in the amount of $2,024.10; it is further

**ORDERED** that a copy of this Order shall be served on Defendants within 7 days of Plaintiff Lenard's receipt of this Order.

The Clerk of Court is hereby directed to CLOSE this case.

DATED:	March 31, 2014

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE